THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Doran Washington, Appellant.
 
 
 

Appeal From Lexington County
 Edward W. Miller, Circuit Court Judge
Unpublished Opinion No. 2008-UP-169
Submitted March 3, 2008  Filed March 12,
 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney John
 W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Doran Washington appeals his guilty plea to three
 counts of attempted armed robbery, arguing his guilty plea failed to conform
 with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Specifically,
 Washington maintains the trial court erred by accepting his guilty plea
 without an affirmative showing his plea was intelligent and voluntary.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Washingtons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J., and PIEPER, J., and CURETON, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.